# United States Court of Appeals
### For the First Circuit

No. 25-2104

ELIZALDO SAMPIAO,

Petitioner - Appellee,

v.

PATRICIA H. HYDE, Field Office Director; MICHAEL KROL, HSI New England Special Agent in Charge; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security,

Respondents - Appellants.

**JUDGMENT**

Entered: January 27, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Amelia Lynn Ritenour
Costica Marian Mandache
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George
Julian N. Canzoneri